UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Karen Debuiser Maskew                    )        Case No:      20-33538
                                                 )        Chapter 13

## OBJECTION TO CONFIRMATION

**COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on August 21, 2020, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition on August 21, 2020 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325 (b) (1) (B).

3. The above filed Chapter 13 Plan fails to provide that all of the debtor's projected disposable income in the applicable commitment period will be applied to the plan payments, shown by:

    a. Upon information and belief, the Debtors understate income on Schedule I and 22C. The Trustee requests six months of all pay stubs from all sources required to calculate 22C income, and an affidavit stating the dates of any periods of having no income.

    b. The Trustee requests twelve months of all bank statements from all bank accounts.

    c. The Trustee requests documentation for all pay dates, pay amounts and the recipient of any **cash** donations or property donations worth more than $500.00 for 12 months prior to filing bankruptcy.

    d. The Trustee requests a copy of the 2019 tax returns.

    e. The Chapter 13 Trustee would suggest that all required liquidation be paid into the Chapter 13 Plan.

**WHEREFORE,** for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: October 23, 2020                           /s/Susan H. Call
                                                 Susan H. Call, Counsel for
                                                 Carl M. Bates
                                                 Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**Certificate of Service**

    I hereby certify that on <u>October 23, 2020</u>, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), <u>Karen Debuiser Maskew, 7751 Waterford Dr, Spotsylvania, VA 22551</u> and electronically sent to debtor's attorney, <u>Steven Shareff, Esquire, sreasearch39@aol.com</u>.

                                                  <u>/s/Susan H. Call</u>
                                                  Susan H. Call, Counsel for
                                                  Carl M. Bates, Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Karen Debuiser Maskew         )    Case No:    20-33538
                                      )    Chapter 13

Debtor Address      7751 Waterford Dr
                    Spotsylvania, VA 22551

Last four digits of Social Security No(s).:    4188

## NOTICE OF OBJECTION TO CONFIRMATION

Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

    X       File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219

You must also mail a copy to:

> Susan H. Call, Counsel for
> Carl M. Bates
> Chapter 13 Trustee
> P.O. Box 1819
> Richmond, VA 23218

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

_____        Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

  X          Attend the hearing on the objection scheduled to be held on **November 4, 2020** at **11:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:   October 23, 2020                                         /s/Susan H. Call
                                                                 Susan H. Call, Counsel for
                                                                 Carl M. Bates
                                                                 Chapter 13 Trustee
                                                                 P.O. Box 1819
                                                                 Richmond, VA 23218-1819
                                                                 VSBN 34367


**Certificate of Service**

I hereby certify that on October 23, 2020, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s) Karen Debuiser Maskew, 7751 Waterford Dr, Spotsylvania, VA 22551 and electronically sent to debtor's attorney, Steven Shareff, Esquire, sreasearch39@aol.com.

                                                                 /s/Susan H. Call
                                                                 Susan H. Call, Counsel for
                                                                 Carl M. Bates
                                                                 Chapter 13 Trustee


Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367