**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:  Karen Debuiser Maskew                                              Case No:        20-33538

# CERTIFICATION OF FAILURE TO COMMENCE PAYMENTS
# UNDER THE CHAPTER 13 PLAN

The above debtor(s) have failed to commence payments under the Chapter 13 plan as required by 11 U.S.C. 1326(a)(1) within thirty(30) days after the petition was filed.  Pursuant to Local Rule 3070-1(C), the Standing Chapter 13 Trustee in this case is certifying that failure to the Clerk of Court.

/s/Carl M. Bates
Carl M. Bates
Chapter 13 Trustee

Date: October 29, 2020

Certificate

I hereby certify that on October 29, 2020, I have mailed or hand-delivered a true copy of the above Certification to the Debtor(s), Karen Debuiser Maskew, 7751 Waterford Drive, Spotsylvania, VA  22551 and electronically sent to attorney for the Debtor(s), SRESEARCH39@aol.com.

/s/Carl M. Bates
Carl M. Bates
Chapter 13 Trustee