UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Karen Debuiser Maskew                                   Case No:        20-33538

**O R D E R**

This cause came on to be heard upon the Trustee's Motion to Dismiss for failure to timely commence plan payments.

It appearing to the Court that the Debtors have failed to timely commence plan payments.

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any funds received by the Chapter 13 Trustee will be paid first to any costs of administration and the balance remitted to the debtor.

The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney and the Chapter 13 Trustee.

Dated: Dec 2 2020

/s/ Kevin R Huennekens
_____
Judge

RICHMOND, VIRGINIA

I ASK FOR THIS:

/s/Carl M. Bates
Carl M. Bates
Standing Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800
VSB #27815

NOTICE OF JUDGMENT OR ORDER
Entered on Docket Dec 3, 2020